**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-20764-UU

MARIA ROCHA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court on Plaintiff's Motion for Summary Judgment (D.E. 16) and Defendant's Motion for Summary Judgment (D.E. 17). The Court has reviewed the pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Chief Magistrate Judge John J. O'Sullivan, who issued a Report and Recommendation (the "Report"), recommending that Plaintiff's motion be granted, that Defendant's motion be denied, and that the action be remanded so that the Administrative Law Judge "can properly consider the clinical documentation of the plaintiff's mental status examinations, properly assess the plaintiff's headache disorder, and reassess the plaintiff's allegations." D.E. 23. Chief Magistrate Judge O'Sullivan gave the parties 14 days to file objections, if any, to the Report. *Id.* As of the date of this Order, however, neither party has filed objections to the Report nor sought an extension of time to do so.

After thorough review of the record, the Court agrees with Chief Magistrate Judge O'Sullivan's Report in all respects. Accordingly, it is

ORDERED AND ADJUDGED that the Report (D.E. 23) is ADOPTED, RATIFIED, AND

AFFIRMED in all respects.  It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (D.E. 16) is GRANTED, and Defendant's Motion for Summary Judgment (D.E. 17) is DENIED.  It is further

ORDERED AND ADJUDGED that this cause is hereby REMANDED to the Social Security Administration for proceedings consistent with this Court's Order.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All pending hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this 24th__ day of March, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record