UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20764-CIV-WILLIAMS

MARIA ROCHA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge John O'Sullivan's Report and Recommendation (DE 26) ("***the Report***") on Plaintiff Maria Rocha's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***"). (DE 25.) In the Report, Judge O'Sullivan recommends that the Court grants Plaintiff's Motion and awards her a total of $4,778.94 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States. (DE 26 at 2.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 26) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees (DE 25) is **GRANTED**.

3. In accordance with the Court's Order Adopting Report and Recommendations Regarding Plaintiff's Motion for Summary Judgment (DE 24), this case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 23rd day of November, 2021.

```
_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
```